ORIGINAL FILED

09/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0441

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0441

IN RE THE PARENTING OF:
L.D.C.,

A Minor Child,

VALERIE L. CALF BOSS RIBS,

Petitioner and Appellant,

v.

DANIEL J. CORNELIUS,

Respondent and Appellee.

FILED

SEP 20 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Through counsel, Appellant Valerie Calf Boss Ribs timely petitions this Court for rehearing on our prior decision, issued August 16, 2022, affirming the referenced judgments of the Montana Ninth Judicial District Court, Glacier County, through its Standing Master. Rehearing is warranted in our discretion upon demonstration that our prior opinion overlooked a fact material to the decision, overlooked a question presented which would have proven decisive to the case, or conflicts with a governing statute or controlling decision not addressed in the opinion. M. R. App. P. 20(1)(a). Appellant requests that "this Court reconsider the discussion of concurrent child custody jurisdiction and the resulting test articulated in the Opinion for evaluation of child-custody jurisdiction in the context of possible tribal court jurisdiction, as well as the Court's treatment of facts establishing [Appellant's Blackfeet Tribal] residency." She asserts that our analysis of concurrent state child custody jurisdiction conflicts with § 40-7-135, MCA, the governing statutes, and *Stephens v. Fourth Judicial Dist. Ct.*, 2006 MT 21, ¶ 5, 331 Mont. 40, 128

P.3d 1026. She further asserts that our prior opinion also overlooks pertinent facts regarding her and the subject child's presence and residence on the Blackfeet Indian Reservation.

However, on review of our prior opinion and the underlying record and briefing on appeal, and due consideration of Appellant's assertions of error and the response of Respondent Daniel Cornelius in opposition to rehearing, we find and conclude that Appellant has failed to show sufficient grounds for rehearing under M. R. App. P. 20(1)(a).

Accordingly, IT IS ORDERED that Appellant's petition for rehearing is DENIED.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this 20 day of September, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

Justice Beth Baker would grant the petition for rehearing.

2